```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
BRAULIO THORNE, *on behalf of himself and*   :
*all others similarly situated*,                                  :
:
                        Plaintiffs,       :       19-CV-1040 (VSB)
:
          -against-                                       :                **ORDER**
:
:
MALGARBEACH, INC. d/b/a COMSTOCK   :
YACHT SALES AND MARINA,                          :
:
                      Defendants.       :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of the parties' joint letter, dated April 16, 2019, asserting that the action does not involve any claims brought under the Fair Labor Standards Act. (Doc. 14.) Accordingly, and in light of the parties' April 3, 2019 letter, informing me that the parties had reached settlement, (Doc. 12), it is hereby:

      ORDERED that the parties are relieved of any obligation to provide me with the terms of the settlement, as set forth in my April 4, 2019 order.

      IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:     April 17, 2019
              New York, New York

*[Signature]*
Vernon S. Broderick
United States District Judge